## CENTRAL BREWING CO. v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term.   February 4, 1907.)

TRIAL—TAKING CASE FROM JURY—QUESTIONS OF FACT—EVIDENCE.
    Where there was evidence sufficient to warrant the submission to the
    jury of the questions of defendant's negligence and plaintiff's contributory
    negligence, it was error to dismiss the complaint.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 46, Trial, §§ 318–340.]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by the Central Brewing Company against the New York City Railway Company. From a judgment dismissing the complaint, plaintiff appeals. Reversed and remanded.

See 97 N. Y. Supp. 1025.

Argued before GILDERSLEEVE, BLANCHARD, and DAYTON, JJ.

Mark Goldberg, for appellant.
William E. Weaver, for respondent.

PER CURIAM. This action was brought to recover for damages sustained to a truck of the plaintiff by a collision with one of defendant's cars. At the close of the plaintiff's case the trial judge dismissed the complaint.

Assuming, as we must, that the testimony given on the part of the plaintiff be true, there was sufficient evidence to warrant the submission of the question as to whether or not the plaintiff was guilty of contributory negligence, and also the question of the negilgence of the defendant, to the jury as questions of fact, and it was therefore error to dismiss the complaint.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.